ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Pamela A. Bower (SBN 151701)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
rhess@ahk-law.com
pbower@ahk-law.com

ATTORNEYS FOR Defendant
COLLIERS PARRISH INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTMEG INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COLLIERS PARRISH INTERNATIONAL, INC., et al.<br><br>Defendants. | CASE NO.: 4:10-CV-04182 CW<br><br>[PROPOSED]<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: September 16, 2010 |

Pursuant to the parties' Stipulation to Extend Time to Respond to Initial Complaint filed on November 15, 2010 and good cause appearing, Defendant Colliers Parrish International, Inc. shall have through and including November 29, 2010 to answer or otherwise respond to plaintiff's Complaint.

IT IS SO ORDERED.

November 30, 2010

_____
Claudia Wilken, United States District Judge

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Floor
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. C10-04182 CW  [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT   1