STROOCK & STROOCK & LAVAN LLP
Michael F. Perlis (State Bar No. 095992)
Email: mperlis@stroock.com
F. Phillip Hosp (State Bar No. 265225)
Email: phosp@stroock.com
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Claimant-Plaintiff
  NUTMEG INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTMEG INSURANCE COMPANY, a Connecticut corporation, <br><br> Claimant-Plaintiff, <br><br> vs. <br><br> COLLIERS PARRISH INTERNATIONAL, INC., a California corporation; GABRIEL ARECHAEDERRA, an individual; HACIENDA PLEASANTON PARK MD DELAWARE, LLC., a Delaware limited liability company; HACIENDA MD, LLC., a California limited liability company; MANUEL DEL ARROZ, an individual; CLAIR A. ROBISON AND DARLENE ROBISON, as trustees of the Robison Family Trust; RASAP FRANKLIN II, LLC, a California limited liability company; RASAP PLEASANTON, LLC., a California corporation; CUMA L.P., a California limited partnership; EXTREME NETWORKS, INC., a Delaware corporation; MARC PAUL, INC., a California corporation; MARC PAUL OF C.C., INC., a California corporation; and STREAMLINE ASSOCIATES, INC., a California corporation, <br><br> Claimant-Defendants. | Case No. C10-04182 (CW) <br><br> **STIPULATION OF DISMISSAL** <br><br> **Complaint Filed: September 16, 2010** |

LA 51327599

**IT IS HEREBY STIPULATED** by and between all parties that have appeared in this action that claimant-plaintiff Nutmeg Insurance Company and claimant-defendants Colliers Parrish International, Inc., Gabriel A. Arechaederra, Hacienda Pleasanton Park MD-Delaware, LLC, Hacienda MD, LLC, Manuel Del Arroz, Extreme Networks, Inc., Marc Paul, Inc., and Marc Paul of C.C., Inc. have reached a settlement with regard to the disputed funds in this action in the nature of interpleader.  According to the terms of the settlement and under the authority of Federal Rule of Civil Procedure 41(A)(1)(ii), the parties hereby stipulate that this action shall be dismissed *with prejudice* as to the following parties, each party to bear its own costs and fees:

- Colliers Parrish International, Inc.;
- Gabriel Arechaederra;
- Hacienda Pleasanton Park MD-Delaware, LLC;
- Hacienda MD, LLC;
- Manuel Del Arroz;
- Extreme Networks, Inc.;
- Marc Paul, Inc.; and
- Marc Paul of C.C., Inc.

As to all other parties, the parties hereby stipulate that this action shall be dismissed *without prejudice*, each side to bear its own costs and fees.

Dated: 11/24/10

STROOCK & STROOCK & LAVAN LLP

By: /s/ Michael F. Perlis
Michael F. Perlis
F. Phillip Hosp

Attorneys for Claimant-Plaintiff
NUTMEG INSURANCE COMPANY

Dated:

WINSTON & STRAWN LLP

By: _____
Jeffrey J. Lederman
Amanda L. Groves
Robyn Callahan

Attorneys for Claimant-Defendant
EXTREME NETWORKS, INC.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**IT IS HEREBY STIPULATED** by and between all parties that have appeared in this action that claimant-plaintiff Nutmeg Insurance Company and claimant-defendants Colliers Parrish International, Inc., Gabriel A. Arechaederra, Hacienda Pleasanton Park MD-Delaware, LLC, Hacienda MD, LLC, Manuel Del Arroz, Extreme Networks, Inc., Marc Paul, Inc., and Marc Paul of C.C., Inc. have reached a settlement with regard to the disputed funds in this action in the nature of interpleader. According to the terms of the settlement and under the authority of Federal Rule of Civil Procedure 41(A)(1)(ii), the parties hereby stipulate that his action shall be dismissed *with prejudice* as to the following parties, each party to bear its own costs and fees:

- Colliers Parrish International, Inc.;
- Gabriel Arechaederra;
- Hacienda Pleasanton Park MD-Delaware, LLC;
- Hacienda MD, LLC;
- Manuel Del Arroz;
- Extreme Networks, Inc.;
- Marc Paul, Inc.; and
- Marc Paul of C.C., Inc.

As to all other parties, the parties hereby stipulate that this action shall be dismissed *without prejudice*, each side to bear its own costs and fees.

Dated:                                                      STROOCK & STROOCK & LAVAN LLP

By: _____
Michael F. Perlis
F. Phillip Hosp

Attorneys for Claimant-Plaintiff
NUTMEG INSURANCE COMPANY

Dated: Nov. 24, 2010                                        WINSTON & STRAWN LLP

By: *Amanda L. Groves*
Jeffrey J. Lederman
Amanda L. Groves
Robyn Callahan

Attorneys for Claimant-Defendant
EXTREME NETWORKS, INC.

| | | |
|---|---|---|
| 1 | Dated: 11/22/10 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 2 | | |
| 3 | | By: *[signature]* |
| | | Albert Flor, Jr. |
| 4 | | Attorneys for Claimant-Defendants |
| 5 | | MARC PAUL, INC. and MARC PAUL OF C.C., INC. |
| 6 | Dated: | ADLESON, HESS & KELLY, APC |
| 7 | | |
| 8 | | By: _____ |
| | | Randy M. Hess |
| | | Pamela A. Bower |
| 9 | | |
| 10 | | Attorneys for Claimant-Defendant COLLIERS PARRISH INTERNATIONAL, INC. |

(left margin: STROOCK & STROOCK & LAVAN LLP / 2029 Century Park East / Los Angeles, California 90067-3086)

1  Dated:                                  WENDEL, ROSEN, BLACK & DEAN LLP

                                           By: _____
                                               Albert Flor, Jr.

                                           Attorneys for Claimant-Defendants
                                           MARC PAUL, INC. and MARC PAUL
                                           OF C.C., INC.

6  Dated: Nov. 23, 2010                    ADLESON, HESS & KELLY, APC

                                           By: /s/ Pamela Bower
                                               Randy M. Hess
                                               Pamela A. Bower

                                           Attorneys for Claimant-Defendant
                                           COLLIERS PARRISH
                                           INTERNATIONAL, INC.

**IT IS SO ORDERED**
/s/ Claudia Wilken
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA